**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JONATHAN HALL #452968**                    **CASE NO. 1:17-CV-00130 SEC P**

**VERSUS**                                              **JUDGE TRIMBLE**

**LASALLE CORRECTIONS CORP ET**      **MAGISTRATE JUDGE PEREZ-MONTES**
**AL**

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 26, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an

approved form.  Mover has failed to take the required action in accordance with the

memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this __8th____ day of ____March_____, 2017.

_____
        Joseph H. L. Perez-Montes
        United States Magistrate Judge